**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Western Industrial LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **91-1679642** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **11709 Cyrus Way** **Mukilteo, WA 98275** Number, Street, City, State & ZIP Code **Snohomish** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **westernindustrialinc.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Western Industrial LLC**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2
Case 16-13353-MLB    Doc 1    Filed 06/24/16    Ent. 06/24/16 10:58:57    Pg. 2 of 18

Debtor **Western Industrial LLC**  
    Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
      Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 24, 2016**
             MM / DD / YYYY

X **/s/ Mark L Jackson**                                **Mark L Jackson**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Jeffrey B. Wells**                              Date **June 24, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Jeffrey B. Wells**
Printed name

**Wells and Jarvis, P.S.**
Firm name

**500 Union Street, Ste. 502**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 624-0088**      Email address  **paralegal@wellsandjarvis.com**

**6317**
Bar number and State

Debtor  **Western Industrial LLC**  Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cyrus Way Holdings, LLC** | | Relationship to you | | **Landlord of Debtor, same owner** |
| District | **Western District of Washington** | When | Case number, if known | | **Not yet filed** |
| Debtor | **Mark Lee Johnson** | | Relationship to you | | **President/owner** |
| District | **Western District of Washington** | When | Case number, if known | | **not yet filed** |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGC Plan<br>5446 California Ave SW Ste 200<br>Seattle, WA 98136 | | | | | | $158,080.93 |
| American Longshore Mutual Ass.<br>RSA battle House Tower<br>32nd Floor<br>11 North Water Street<br>Mobile, AL 36602 | | | | | | $183,429.00 |
| Blast-One International AR<br>2400 Landmark Way<br>Columbus, OH 43219-3658 | | | | | | $23,952.98 |
| BMW Financial<br>PO Box 3608<br>Dublin, OH 43016 | | Secured on vehicle owned personally by Mark Jackson | | | | $39,726.00 |
| Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 | | | | | | $19,096.79 |
| Dryco West LLC<br>5400 Janes Ave<br>Downers Grove, IL 60515 | | | | | | $31,754.25 |
| Grainger<br>Dept 840452221<br>PO Box 419267<br>Kansas City, MO 64141-6267 | | | | | | $24,688.86 |

Debtor **Western Industrial LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Industrial Vacuum Equipment In**  N7959 Birch Road  Ixonia, WI 53036 | | | | | | $18,936.92 |
| **Internal Revenue Service**  Central Insolvency Operation  PO Box 7346  Philadelphia, PA 19101-7346 | | | | $651,232.00 | $0.00 | $651,232.00 |
| **International Paint LLC**  6001 Antoine Drive  Houston, TX 77091 | | | | | | $179,021.00 |
| **Jetstream of Houston LLP**  PO Box 203706  Dallas, TX 75320-3706 | | | | | | $27,974.88 |
| **Kleen Blast**  50 Oak Court Suite 210  Danville, CA 94526 | | | | | | $58,349.94 |
| **Laborworks Industrial Staffing**  PO Box 1755  Gig Harbor, WA 98335 | | | | | | $20,809.16 |
| **PPG Protective & Marine CTGGS**  PO Box 842409  Boston, MA 02284-2409 | | | | | | $78,049.75 |
| **Rogers Machinery Company Inc**  PO Box 230429  Portland, OR 97821 | | | | | | $23,843.63 |
| **Schwabe Williamson & Wyatt PC**  1211 SW Fifth Ave, Ste 1900  Portland, OR 97204-3795 | | **Attorney fees** | | | | $187,098.50 |
| **Sherwin Williams**  2940 Sixth Ave S  Seattle, WA 98134 | | | | | | $78,564.40 |
| **Sunbelt**  PO Box 409211  Atlanta, GA 30384-9211 | | | | | | $40,070.10 |

| Debtor | **Western Industrial LLC** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Tradesmen International, LLC<br>PO Box 842227<br>Boston, MA 02284-2227** | | | | | | **$96,332.55** |
| **Western Safety Products<br>505 S Lander St<br>Seattle, WA 98134** | | | | | | **$19,042.56** |

AGC PLAN
5446 CALIFORNIA AVE SW STE 200
SEATTLE, WA 98136


ALDERWOOD WATER & WASTEWATER
3626 156TH ST SW
LYNNWOOD, WA 98087


ALLIED WORLD SPECIALTY INSUR.
C/O WATT TIEDER HOFFAR & FITZG
1215 FOURTH AVE STE 2210
SEATTLE, WA 98161-1016


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN LONGSHORE MUTUAL ASS.
RSA BATTLE HOUSE TOWER
32ND FLOOR
11 NORTH WATER STREET
MOBILE, AL 36602


ANTHONY M. LEMOINE
21836 13TH AVE S.
SEATTLE, WA 98198


AT&T
PO BOX 5025
CAROL STREAM, IL 60197-5025


ATKINSON ANDELON LOYA RUUD
12800 CENTER COURT DRIVE SOUTH
CERRITOS, CA 90703-9364


ATKINSON, ANDELSON, LOYA, RUUD
ATTN: JONATHAN VICK
12800 CENTER COURT DRIVE
STE. 300
CERRITOS, CA 90703


AUTOMATION ELECTRIC & CONTROLS
1117 DALE LANE - UNIT
MOUNT VERNON, WA 98274

BALLARD TRANSFER CO OF WASHING
2417 NW MARKET STREET
SEATTLE, WA 98107-4138


BAROKAS MARTIN & TOMLINSON
1422 BELLEVUE AVENUE
SEATTLE, WA 98122


BELL PAINTINGS AND COATINGS
7206 N 25TH ST
TACOMA, WA 98406


BLAST-ONE INTERNATIONAL AR
2400 LANDMARK WAY
COLUMBUS, OH 43219-3658


BMW FINANCIAL
PO BOX 3608
DUBLIN, OH 43016


BRADY WORLDWIDE INC.
PO BOX 71995
CHICAGO, IL 60694-1995


BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796


CITY OF BREMERTON
345 SIXTH STREET, SUITE 600
BREMERTON, WA 98337-1873


CLICKSAFETY
62274 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0622


COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744


CORROSION CONTROL CONSULTANTS
4403 DONKER COURT
GRAND RAPIDS, MI 49512

CSI SERVICES, INC.
PO BOX 801357
SANTA CLARITA, CA 91380-2316


DONALDSON COMPANY INC
1400 WEST 94TH ST
MINNEAPOLIS, MN 55431


DRYCO WEST LLC
5400 JANES AVE
DOWNERS GROVE, IL 60515


ELECTRONIC BUSINESS MACHINES
802 134TH ST SW #170
EVERETT, WA 98204


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FIRST BANKCARD #6123
PO BOX 2818
OMAHA, NE 68103-2818


FIRST SOUND BANK
925 4TH AVENUE
STE. 2350
SEATTLE, WA 98104


FLOW INTERNATIONAL CORPORATION
PO BOX 749647
LOS ANGELES, CA 90074-9647


FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0501


FRONTIER
PO BOX 20550
ROCHESTER, NY 14605-0550


GRAINGER
DEPT 840452221
PO BOX 419267
KANSAS CITY, MO 64141-6267

HEALTH FORCE
11805 NORTH CREEK PARKWAY S
BOTHELL, WA 98011


INDUSTRIAL VACUUM EQUIPMENT IN
N7959 BIRCH ROAD
IXONIA, WI 53036


INSPEC TESTING INC
1413 WILSON AVE
NATIONAL CITY, CA 91950


INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATIONAL PAINT LLC
6001 ANTOINE DRIVE
HOUSTON, TX 77091


JETSTREAM OF HOUSTON LLP
PO BOX 203706
DALLAS, TX 75320-3706


KLEEN BLAST
50 OAK COURT SUITE 210
DANVILLE, CA 94526


KLEEN INDUSTRIAL SERVICES
50 OAK COURT
STE. 210
DANVILLE, CA 94526


LABORWORKS INDUSTRIAL STAFFING
PO BOX 1755
GIG HARBOR, WA 98335


MARK JACKSON
1101 12TH AVENUE N.
EDMONDS, WA 98020


MOSS RUBBER AND EQUIPMENT CORP
PO BOX 2944
SOUTH SAN FRANCISCO, CA 94083

NMTA HEALTH TRUST
C/O EPK & ASSOCIATES INC
15375 SE 30TH PL #380
BELLEVUE, WA 98007


NORTH SOUND HOSE & FITTINGS
3520 PAINE ST #1
EVERETT, WA 98201


NORTHWEST SANDBLASTING
PO BOX 8056
LACEY, WA 98509


O'CONNELL JETTING
3195 "H" PARK ROAD
BENICIA, CA 94510


PACO VENTURES LLC
7400 2ND AVE S
SEATTLE, WA 98108


PC CONSULTING, INC
3600 WHITMAN AVE N #203
SEATTLE, WA 98103


PERFECT TOUCH LANDSCAPE
12414 HIGHWAY 99
EVERETT, WA 98204


PERKINS GLASS & MIRROR
1420 BROADWAY
SEATTLE, WA 98122


PG&E
BOX 997300
SACRAMENTO, CA 95899-7300


PHILLIP PARSON
23410 PHODODENDRON LANE NW
POULSBO, WA 98370


PLATINUM SCAFFOLDING SERVICES
WLBX 233734
CHICAGO, IL 60689-5337

PONDER ENVIRONMENTAL SERVICES
PO BOX 1427
BENICIA, CA 94510-4427


PPG PROTECTIVE & MARINE CTGGS
PO BOX 842409
BOSTON, MA 02284-2409


PREMIER SCAFFOLD INC
4709 KIMBER AE
BAKERSFIELD, CA 93307


PROPEL INSURANCE
PO BOX 2940
TACOMA, WA 98401-2940


PUD OF SNOHOMISH COUNTY
PO BOX 1100
EVERETT, WA 98205-1100


PUGET SOUND ENERGY
BOT-01H
BELLEVUE, WA 98009-9269


RAG MAN INC.
14676 SE 82ND DR
CLACKAMAS, OR 97015


RAPID PREP LLC
44 CROSS PARK AVE
NORTH KINGSTOWN, RI 02852


ROGERS MACHINERY COMPANY INC
PO BOX 230429
PORTLAND, OR 97821


SCHWABE WILLIAMSON & WYATT PC
1211 SW FIFTH AVE, STE 1900
PORTLAND, OR 97204-3795


SEATTLE RADIATOR
PO BOX 80036
SEATTLE, WA 98108-0036

SHELL FLEET PLUS
PO BOX 183019
COLUMBUS, OH 43218-3019


SHERWIN WILLIAMS
2940 SIXTH AVE S
SEATTLE, WA 98134


SNYDER DISCOUNT OIL
PO BOX 82223
KENMORE, WA 98028-0223


SOUND TESTING INC
PO BOX 16204
SEATTLE, WA 98116


SRS INC.
18420 68TH AVE S #202
KENT, WA 98032


SSPC
PO BOX 536030
PITTSBURGH, PA 15253-5902


SUNBELT
PO BOX 409211
ATLANTA, GA 30384-9211


TACOMA SCREW PRODUCTS, INC.
11630 AIRPORT ROAD
EVERETT, WA 98204


TIDELANDS AVE PROPERTIESLLC
PO BOX 658
OCEANSIDE, CA 92049


TRADESMEN INTERNATIONAL, LLC
PO BOX 842227
BOSTON, MA 02284-2227


TREASURER OF VIRGINIA
PO BOX 570
RICHMOND, VA 23218-0570

UNITED WESTERN SUPPLY COMPANY
PO BOX 83149
PORTLAND, OR 97283


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


VIEWPOINT
PO BOX 205100
DALLAS, TX 75320-5100


WA STATE DEPARTMENT OF REVENUE
PO BOX 47476
OLYMPIA, WA 98504


WA STATE SUPPORT REGIS
PO BOX 45868
OLYMPIA, WA 98504-5868


WASHINGTON MARINE CLEANING LLC
3430 16TH STREET
EVERETT, WA 98201


WASTE MANAGEMENT - NORTHWEST
PO BOX 541065
LOS ANGELES, CA 90054-1065


WELLS FARGO
C/O LANE POWELL PC
PO BOX 91302
SEATTLE, WA 98111-9402


WESTERN FIRE & SAFETY CO INC
2446 NW MARKET STREET
SEATTLE, WA 98107


WESTERN HOSE & GASKET
325 WEST 30TH STREET
NATIONAL CITY, CA 91950


WESTERN SAFETY PRODUCTS
505 S LANDER ST
SEATTLE, WA 98134

```
                    WETERN MOUNTAIN TRANSPORT
                    4130 SW 117TH AVE PMB #414
                    BEAVERTON, OR 97005-8999


                    WILLIAMS KASTNER & GIBBS PLLC
                    PO BOX 21926
                    SEATTLE, WA 98111-3926
```

In re   **Western Industrial LLC**                                           Case No.
                                    Debtor(s)                                Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Western Industrial LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 24, 2016** | **/s/ Jeffrey B. Wells** |
| Date | **Jeffrey B. Wells** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Western Industrial LLC** |
| | **Wells and Jarvis, P.S.** |
| | **500 Union Street, Ste. 502** |
| | **Seattle, WA 98101** |
| | **(206) 624-0088 Fax:(206) 624-0086** |
| | **paralegal@wellsandjarvis.com** |