# EXHIBIT A

Inquiry: Expenses - Billed Details
Client: 20000 - Western Industrial, Inc.
Matter: 3 - Mare Island Dry Dock, LLC

Expense Code: All Expenses

User: BR

| | Matt | Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1 | 3 | 05/08/2017 | 131 | 128 | 435.00 | COMPLAINT - FILING OF |
| 2 | 3 | 05/18/2017 | 132 | 152 | 165.00 | COMPLAINT - SERVICE OF |
| 3 | 3 | 06/27/2017 | 131 | 152 | 778.21 | COMPLAINT - FILING OF |
| 4 | 3 | 08/21/2017 | 240 | 193 | 71.90 | PROOF OF SERVICE - FILING OF |
| 5 | 3 | 10/20/2017 | 321 | 238 | 86.00 | TELEPHONIC HEARINGS |
| 6 | 3 | 04/18/2018 | 506 | 387 | 75.00 | CASE MANAGEMENT STATEMENT - FILING OF |

A-1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 325 S Melrose Drive<br>MAILING ADDRESS: 325 S Melrose Drive<br>CITY AND ZIP CODE: Vista CA 92081-6695<br>BRANCH NAME: North County | |
| Short Title: Terrence J. Donahue, Chapter 7 Trustee for Western Industrial, Inc. vs. Mare Island Dry Dock Investment LLC [IMAGED] | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>37-2017-00016890-CU-BC-NC |

San Diego Superior Court has reviewed the electronic filing described below. The fee assessed for processing and the filing status of each submitted document are also shown below.

**Electronic Filing Summary Data**

Electronically Submitted By: Kimberly Manning
On Behalf of: Terrence J. Donahue, Chapter 7 Trustee for Western Industrial, Inc.
Transaction Number: 2346721
Court Received Date: 05/08/2017
Filed Date: 05/08/2017
Filed Time: 11:04 AM
Fee Amount Assessed: $435.00
Case Number: 37-2017-00016890-CU-BC-NC
Case Title: Terrence J. Donahue, Chapter 7 Trustee for Western Industrial, Inc. vs. Mare
Case Title: Island Dry Dock Investment LLC [IMAGED]
Location: North County
Case Type: Breach of Contract/Warranty
Case Category: Civil - Unlimited
Jurisdictional Amount: > 25000

X131

Brenda: Please bill to Western 2000-005

| **Status** | **Documents Electronically Filed/Received** |
|---|---|
| Accepted | Complaint |
| Accepted | Civil Case Cover Sheet |
| Accepted | Original Summons |

**Comments**

**Clerk's Comments:**

**Events Scheduled**

| Hearing(s) | Date | Time | Location | Department |
|---|---|---|---|---|
| Civil Case Management Conference | 10/13/2017 | 09:00 AM | North County | N-29 |




P.O. BOX 9289
NEWPORT BEACH, CA 92658-9289
PHONE: (949) 724-9396
FAX: (714) 673-6784
INFO@JGIPI.COM
BONDED REGISTERED PSC227 STATE LICENSE #PI 12461

PRIVATE INVESTIGATIONS | PROCESS SERVERS | ATTORNEY SERVICES

# PROCESS SERVING FORM




☑ RUSH

WWW.JGIPI.COM

FIRM NAME: MANNING CONSTRUCTION LAW
4 Hutton Centre Drive, Ste. 900
Santa Ana, CA 92707
PHONE NO: (949) 307-8479
SECRETARY/ATTY: Gail
YOUR FILE NO: 20000.003

DATE: 5/18/17
COURT: San Diego Superior
PLAINTIFF: Terrence J. Donahue, et al.
DEFENDANT: Mare Island Dry Dock, et al.
CASE NO.: 37-2017-00016890
JUDGE: Ronald Frazier DEPT: N29

DOCUMENT: SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF CASE ASSIGNMENT & CMC, NOTICE OF ELIGIBILIYTY TO EFILE & ASSIGNMENT TO IMAGING DEPARTMENT, ADR INFO

DATE/TIME OF HEARING:
LAST DAY TO SERVE:

SERVE: MARE ISLAND DRY DOCK INVESTMENT, LLC

SPECIAL INSTRUCTIONS/BEST TIME TO SERVE/DESCRIPTION/VEHICLE

HOME:

BUSINESS: 1180 Nimitz Avenue
Vallejo, CA 94592

| DATE: | TIME: | RESULTS & NOTES: |
|---|---|---|
| 5-30 | 2:29 | SPOKE TO HARRY NICHOLSEN ON THE GUARD PHONE. HE ASKED THAT WE LEAVE DOCUMENTS WITH THE GUARD |

SERVICE INFORMATION:
☐ PERSONAL
☑ SUBSTITUTED
☐ POSTED
☐ OTHER ADDRESS
☑ HOME
☑ BUSINESS

DATE SERVED: 05/30/2017 TIME: 2:29 PM
DOCUMENT SERVED ON: LEON JONES TITLE/RELATION: GATE SECURITY

DATE SERVED: TIME:
DOCUMENT SERVED ON: TITLE/RELATION:

| | SEX | RACE | AGE | HT | WT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | MALE | CAUC | 22 SKINNY | 5'8" | 160 | BRN | BRN |

NOTE: EX CODE 132
Brenda: Please bill 20000-003

| BILLING DESCRIPTION | CHARGES: |
|---|---|
| SERVICE OF PROCESS | $ 85.00 |
| ADDITIONAL DEFENDANTS | |
| BAD ADDRESS | |
| ATTEMPTED SERVICE | |
| RUSH SERVICE CHARGE | |
| LOCATE / SKIP TRACE | |
| COURT SERVICE | |
| STATEWIDE HANDLING | 80.00 |
| FEES ADVANCED | |
| OTHER | |
| TOTAL | $ 165.00 |



504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

Western
M IDD

## Credit Card Sale

| Date | 06/27/2017 |
|---|---|
| Customer | 0101079 |
| Credit Sale | 01058136 |
| Amount Due | $0 |

| Bill To |
|---|
| Manning Construction Law, Inc.<br>4 Hutton CentreDrive<br>Santa Ana CA 92707 |

Brenda - Please add x 131 to 20000-003 bill.

| | |
|---|---|
| Order Number | 11172249 |
| Contact | Kimberly Manning |
| Attorney | Kimberly Manning |
| Billing Code | 20000.003 |
| Case Title | Terrence J. Donahue, Chapter 7 Trustee v Mare Island Dry Dock, LLC |
| Court | Superior Court of California, Solano County |
| Court Transaction Number | |
| Case Number | FCS049114 |
| Documents | Civil Case Cover Sheet, Summons, Complaint |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $435.00 |
| **SUBTOTAL** | **$435.00** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $11.31 |
| Court Filing Area Surcharge | $19.95 |
| Court Filing Service Fee, 201+ Pages | $311.95 |
| **SUBTOTAL** | **$343.21** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $435.00 |
| One Legal Fees | $343.21 |
| **TOTAL CHARGED** | **$778.21** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ Statutory fees disbursed on your behalf are assessed a 2.6% convenience fee for processing and collecting these disbursements. The convenience fee is waived if you elect the One Legal ACH payment service. One Legal does not assess a convenience fee on its products and services. Learn more at www.onelegal.com/ACH



504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

# Invoice

| Date | 08/21/2017 |
|---|---|
| Customer | 0101079 |
| Invoice | 11027883 |
| Due Date | 08/21/2017 |
| Terms | Credit Card |
| Amount Due | $0.00 |

| Bill To |
|---|
| Manning Construction Law, Inc.<br>4 Hutton CentreDrive<br>Santa Ana CA 92707 |

| | |
|---|---|
| Order Number | 11304683 |
| Billing Code | 20000.003 |
| Case Number | FCS049114 |
| Court Transaction Number | |
| Contact | Kimberly Manning |
| Attorney | Kimberly Manning |
| Case Title | Terrence J. Donahue v Mare Island Dry Dock |
| Documents | Proof of Service of Summons & Notice & Acknowledgment |
| Court | Superior Court of California, Solano County |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Court Filing Area Surcharge | $19.95 |
| Court Filing Service Fee, 1 - 15 Pages | $51.95 |
| **SUBTOTAL** | **$71.90** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $71.90 |
| **TOTAL BILLED** | **$71.90** |

Brenda add to Bill

EXP CODE 240

2000 003

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum)

1 1106

**Attorney Appearing:** Kimberly J. Manning
**Firm:** Manning Construction Law Inc.

**Tel:** (949) 294-6341 **Fax:**
**Representing:** Plaintiff(s), Terrernce J. Donahue

Bill to 20060 005

**Cust. Ref. # :**

**Per CRC 3.670, effective 7/1/13 the statewide fee for a CourtCall Appearance is $86.00, $20.00 of which is for the benefit of the Trial Court Trust Fund.**

# CONFIRMATION

**Calendar Status**

Your CourtCall Appearance has been confirmed for Judge Wendy G. Getty (V), Dept. 8 on Friday, October 20th, 2017 at 8:30 AM PT

At five minutes prior to the above time, dial **(855) 268-7844**. When prompted, enter access code **1283596#** and PIN **8662998#**.

Distributing or sharing your conference number / code is prohibited. Those who do so may be subject to sanction.

**Solano County Superior Court (CA)**

**Case Name:** Terrernce J. Donahue et al vs. Mare Island Dry Do

EXP CODE 321

**Case Number:** FCS049114
**Proceeding:** CMC One
**CourtCall ID#** 8662998 (not access code)

**Be prompt, or your case may be heard without you!**

**If you encounter any problems or if the Court has not joined the call within 15 minutes, remain on your teleconference and have a staff member call CourtCall at (888) 882-6878 or (310) 342-0888.**

Our Tax ID# 95-4568415

**Mandatory procedures for your CourtCall® Appearance are as follows:**

1. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (888) 882-6878 or (310) 342-0888.

2. It is the participant's responsibility to dial into the conference at least five minutes prior to the scheduled hearing time as CourtCall does not call the participant. If you are unavoidably late and your matter is being heard in Court which is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

**Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place the conference on hold.**

3. Once you have joined the call, an operator, clerk or the Judge may check you in. Alternatively, you may not be addressed until your case is called. Do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the Court. Refrain from making or allowing any background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc., as the Court will not tolerate any disruptions on the line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. If your matter is being heard in Court, listen carefully to proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (888) 882-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

***Stop writing checks or tracking credit card charges, open a CourtCall Debit Account and receive a monthly ledger identifying each CourtCall Appearance. Please call our office for details. Our address is CourtCall LLC, 6383 Arizona Circle, Los Angeles, CA 90045.***

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL.



Copyright © 2017 CourtCall, LLC. All Rights Reserved.



ONE LEGAL

504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| | |
|---|---|
| **Date** | 4/11/2018 |
| **Customer** | 0101079 |
| **Credit Sale** | 01356295 |
| **Amount Due** | $0 |

| **Bill To** |
|---|
| Manning Construction Law, Inc.<br>4 Hutton CentreDrive<br>Santa Ana CA 92707 |

| | |
|---|---|
| Order Number | 11885697 |
| Contact | Kimberly Manning |
| Attorney | Kimberly Manning |
| Billing Code | 20000.003 |
| Case Title | Terrence J. Donahue v Mare Island Dry Dock |
| Court | Superior Court of California, Solano County |
| Court Transaction Number | |
| Case Number | FCS049114 |
| Documents | Case Management Statement |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Court Filing Service Charge, 1 - 15 Pages | $55.00 |
| Court Filing Area Surcharge | $20.00 |
| **SUBTOTAL** | **$75.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $75.00 |
| **TOTAL CHARGED** | **$75.00** |

2000-003

EXP CODE 506

A-7