**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | In Chapter 7 Proceeding |
| WESTERN INDUSTRIAL, INC., | NO. 16-13353-MLB |
| Debtor. | ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF CLAIM AGAINST MARE ISLAND DRY DOCK, LLC AND APPROVE PAYMENT OF SPECIAL COUNSEL'S FEES AND COSTS |

**THIS MATTER** having come on regularly for hearing upon the Chapter 7 Trustee's Motion to Approve Settlement of Claim Against Mare Island Dry Dock, LLC and Approve Payment of Special Counsel's Fees and Costs ("**Motion**") regarding settlement of a claim against Mare Island Dry Dock, LLC ("**MIDD**") pursuant to Fed. R. Bankr. P. 9019 and to approve payment of special counsel's fees and costs to the Manning Construction Law, Inc. and Kimberly J. Manning of $15,000.00 based on a 30% contingency fee based on the settlement amount of $50,000.00, and costs of $1,611.11, and the Court having reviewed the records and files herein,

ORDER - 1



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

10304-273/TJD/813958

including said Motion and the exhibits thereto, finds that adequate and appropriate notice and an opportunity for hearing have been provided and that cause exists to grant the relief requested, and having so found, it is hereby

**ORDERED**, **ADJUDGED**, **AND DECREED** as follows:

1. The Chapter 7 Trustee's Motion to Approve Settlement of Against Mare Island Dry Dock, LLC and Approve Payment of Special Counsel's Fees and Costs is hereby **GRANTED** and the Settlement Agreement attached to said Motion as Exhibit A is approved in its entirety; and

2. Trustee is authorized to take any and all steps necessary to consummate the terms thereof, which generally provides for settlement of a claim against Mare Island Dry Dock, LLC ("**MIDD**") for the sum of $50,000.00 and to pay therefrom special counsel's fees of $15,000.00 and costs of $1,611.11.

///End of Order///

Presented by:

EISENHOWER CARLSON PLLC


By: /s/ *Terrence J. Donahue*
Terrence J. Donahue, WSBA #15193
Attorneys for Chapter 7 Trustee
1201 Pacific Avenue, Ste. 1200
Tacoma, WA 98402
(253) 620-2519

ORDER - 2



1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

10304-273/TJD/813958